RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

April 5, 2019

**By ECF**
Judge Sanket J. Bulsara
Eastern District of New York
225 Cadman Plaza East, Room 304
Brooklyn, New York 11201

   Re: Powell, et al. v. Allied Universal Security Services, LLC, et al.
      No. 17 Civ. 6133 (ARR)(SRB)

Dear Judge Bulsara:

  We represent Plaintiffs in this action. We write together with counsel for Defendants pursuant to this Court's Order dated March 6, 2019. The letter previously filed at ECF No. 86 was filed incorrectly.

  The parties wish to update the Court that they have finalized settlement and intend to file an executed stipulation of dismissal after settlement checks have cleared.[1]

  We thank the Court for its time and attention to this matter.

             Respectfully Submitted,

              /s/

             Debra L. Greenberger
             Matthew D. Brinckerhoff
             Alison Frick
             Alanna Kaufman

             *Attorneys for Plaintiffs*

---

[1] Settlement Agreements have been executed in full for Plaintiffs LaDonna Powell, Sheila Walton, and Roy Fields. Although a technical issue arose with respect to the signature of one individual Defendant for the Settlement Agreement for Marsha-Nique Irving, the parties expect that this issue will be resolved shortly.