UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LADONNA POWELL, MARSHA-NIQUE IRVING,
SHEILA WALTON, and ROY FIELDS,

Case No. 17 Civ. 6133

Plaintiffs,

-against-

ALLIED UNIVERSAL SECURITY SERVICES, ALLIED BARTON SECURITY SERVICES, LLC, THOMAS TARANTOLA, CHRISTOPHER TIMBERLAKE, OSVALDO ORTIZ, KEITH REID, ALBERTO DIAZ, KEVIN MCNAMARA, and MARTIN FEENEY,

Defendants.
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Claims 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, and 13 against Defendants with prejudice, and Plaintiffs hereby dismiss Claims 3 and 4 against Defendants without prejudice only insofar as Plaintiffs may pursue such claims as class members in *Douglas v. Allied Universal Security Services, et al.*, 1:17-cv-6093-ARR-SJB, and not in any other case, court, or forum. Each party shall bear its own costs and fees in this action.

Dated: ~~March~~ April 16, 2019
New York, New York

**EMERY CELLI BRINCKERHOFF
& ABADY LLP**

Debra L. Greenberger
Elizabeth S. Saylor
Matthew D. Brinckerhoff

Alanna Kaufman
Alison Frick
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Plaintiffs*


**MARTENSON, HASBROUCK & SIMON LLP**

_____

David Hamilton
Wes R. McCart
Evan S. Weiss, Esq.
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
(404) 909-8100
(404) 909-8120 (facsimile)

-and-

**ECKERT SEAMANS**
Riyaz G. Bhimani, Esq. 10 Bank Street,
Suite 700 White Plains, NY 10606
Telephone: (914) 949-2909

*Attorneys for Defendants Allied, Feeney, Tarantola, Timberlake, Diaz, and McNamara*


**THE LAW OFFICES OF RUSSELL E. ADDLER PLLC**

_____

Russell E. Adler
300 Park Avenue, 12th Floor
New York, New York 10022
(646) 504-3299

*Attorney for Defendants Reid and Ortiz*